1  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   WILLIAM R. TAMAYO (SBN: 084965)
2  JONATHAN T. PECK (VA SBN: 12303)
   CINDY O'HARA (SBN: 11455)
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105
   Telephone: (415) 625-5653
5  Facsimile: (415) 625-5657
   E-mail: cindy.ohara@eeoc.gov
6
   Attorneys for Plaintiff
7  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

8
   JACKSON LEWIS LLP
9  JAMES T. JONES (SBN: 167967)
   JERRY J. DESCHLER JR. (SBN: 215691)
10 801 K Street, Suite 2300
   Sacramento, California 95814
11 Telephone:   (916) 341-0404
   Facsimile:   (916) 341-0141
12 E-mail: jonesj@jacksonlewis.com
   E-mail: deschlej@jacksonlewis.com
13
   Attorneys for Defendant
14 DESTINATION TAHOE HOTEL, INC.,
   erroneously named and claimed against as
15 "DESTINATION HOTELS & RESORTS, INC.,
   dba Resort at Squaw Creek"
16

17              IN THE UNITED STATES DISTRICT COURT
18        FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)
19

20
21 EQUAL EMPLOYMENT OPPORTUNITY        | Case No. 3:11-CV-04816-MEJ
   COMMISSION,                         |
22                                     | **STIPULATION TO CHANGE VENUE**
           Plaintiff,                  |
23                                     | **ORDER THEREON**
        vs.                            |
24                                     |
   DESTINATION HOTELS & RESORTS, INC., |
25 dba Resort at Squaw Creek,          |
                                       |
26         Defendant.                  | Complaint Filed: September 29, 2011
                                       | Trial Date:      TBD
27
28

STIPULATION TO CHANGE VENUE; ORDER THEREON – 3:11-CV-04816-MEJ

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, the Equal Employment Opportunity Commission ("EEOC") and DESTINATION TAHOE HOTEL, INC., allegedly erroneously named and claimed against as "DESTINATION HOTELS & RESORTS, INC., dba Resort at Squaw Creek" ("Destination"), by and through their respective attorneys, Cindy O'Hara for the EEOC and James T. Jones and Jerry J. Deschler Jr. of Jackson Lewis LLP for Destination, that the proper venue for this matter is the Eastern District of California, Sacramento Division. This stipulation is made pursuant to 28 U.S.C. 1404(b), which provides in pertinent part, that "[u]pon . . . stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district." The parties agree that venue is proper in the Eastern District of California, Sacramento Division, pursuant to 28 U.S.C. section 1404(a), which provides in pertinent part, as follows: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." The parties agree that this action could have been properly brought in the Eastern District of California and that the convenience of the parties and witnesses is furthered by the transfer of this matter because the alleged actions occurred in the Eastern District and most witnesses reside there. The parties therefore respectfully request that the Court transfer this matter to Eastern District of California, Sacramento Division.

IT IS SO STIPULATED.

Date:  January 5, 2012          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By:   */S/  Cindy O'Hara*
      WILLIAM R. TAMAYO
      JONATHAN T. PECK
      CINDY O'HARA
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: January 5, 2012                     JACKSON LEWIS LLP

By:   */s/ Jerry J. Deschler Jr.*
         JAMES T. JONES
         JERRY J. DESCHLER JR.

Attorney for Defendant
DESTINATION TAHOE HOTEL, INC., erroneously named and claimed against as "DESTINATION HOTELS & RESORTS, INC., dba Resort at Squaw Creek

# [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Court shall transfer this matter to the Eastern District of California, Sacramento Division.

DATED: January 12, 2012        By: _____
                                    United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*