UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        NO. CIV. S-12-0278 LKK/KJN

    Plaintiff,

  v.

        O R D E R

DESTINATION HOTELS &
RESORTS, INC., dba RESORT
AT SQUAW CREEK, and
DESTINATION TAHOE HOTEL, INC.,

    Defendants.
_____/

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: July 17, 2012.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

1